```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PAMELA WILLIAMS,

                Plaintiff,

     - against -

DIANA USA CORP,

                Defendant.
---------------------------------------------------------------X

20 Civ. 03967 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      By August 6, 2020, corporate Defendant shall appear through counsel. Failure of Defendant to appear may result in entry of a default judgment against Defendant.

      Within three (3) days of the date of this Order, counsel shall mail a copy of this order to Defendant and file proof of such service of ECF. If counsel is unable to complete this mailing as a result of COVID-19 and related disruptions, counsel shall promptly notify the Court by letter filed on ECF.

                                  SO ORDERED.

                                  _____
                                  ROBERT W. LEHRBURGER
                                  UNITED STATES MAGISTRATE JUDGE

Dated:      July 27, 2020
             New York, New York

Copies transmitted to all counsel of record.